UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSIE B. THOMAS

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO.   07-890-FJP-CN

# N O T I C E

This is to notify plaintiff's counsel that he has failed to perfect service of the summons and complaint in accordance with Rule 4(m), Federal Rules of Civil Procedure.  This is also to notify plaintiff's counsel that in the event he fails to perfect service and file proof of service in the record within ten (10) days from the date of this Order, this suit shall be dismissed for failure to prosecute in accordance with ULR, Rule 41.3M.

Signed in chambers in Baton Rouge, Louisiana, April 15, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**